**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | | |
|---|---|---|
| **ANGELA TOTTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 1:22-cv-00044** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE HOLMES** |
| **HARTFORD LIFE AND ACCIDENT** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Court referred the parties' cross motions for judgment on the administrative record (Doc. Nos. 28, 30) to the Magistrate Judge for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. No. 35). Now before the Court is the Magistrate Judge's Report and Recommendation recommending: (1) Plaintiff's motion (Doc. No. 28) be denied; (2) Defendant's motion (Doc. No. 30) be granted; (3) Plaintiff's claims be dismissed; and (4) judgment enter in favor of Defendant. (*See* Report and Recommendation, Doc. No. 36). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of receipt. (Doc. No. 36 at 20). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 36) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 28) is **DENIED**, Defendant's Motion for Judgment on the Administrative Record (Doc. No. 30) is **GRANTED**, and Plaintiff's claims are **DISMISSED**. Judgment shall enter in favor of Defendant Hartford Life and Accident Insurance Company.

It is so **ORDERED**.

_____
**WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE**